IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| RAYSHAUN WINSTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 23-cv-2124 |
| v. | ) | |
| | ) | Hon. Judge Colin Stirling Bruce |
| CSL BEHRING, LLC, | ) | Magistrate Judge Eric I. Long |
| | ) | |
| Defendant. | ) | |

**AGREED MOTION TO RESCHEDULE**
**THE RULE 16 SCHEDULING CONFERENCE**

NOW COMES Defendant, CSL Behring LLC ("CSL"), and respectfully requests that this Honorable Court enter an order rescheduling the Rule 16 Scheduling Conference due to a trial conflict involving lead counsel.  In support of its Motion, CSL states as follows:

1. This is an action brought by a former employee alleging employment discrimination relating to the termination of his employment.

2. Attorneys David S. Fryman and Catharine E. Lubin, of the law firm Ballard Spahr LLP in Philadelphia, have been retained to represent CSL as lead trial counsel in this action.

3. On July 26, 2023, this Court entered an Order setting the Rule 16 Scheduling Conference by personal appearance before U.S. Magistrate Judge Eric I. Long on September 14, 2023 at 9:45 a.m.  (ECF No. 11).

4. The Order requires lead trial counsel to appear for the Rule 16 Scheduling Conference, but notes that the Scheduling Conference may be cancelled or held telephonically if the parties timely submit an agreed upon discovery plan.

5. Mr. Fryman and Ms. Lubin are scheduled to be in trial in the United States District Court for the Middle District of Pennsylvania from September 11, 2023 through

1

September 15, 2023, and therefore cannot appear for the Rule 16 Conference, either in person or telephonically, on September 14, 2023.

6.	The parties anticipate timely filing an agreed upon discovery plan, which may obviate the need to appear for the Scheduling Conference.  However, in an abundance of caution, CSL respectfully requests to reschedule the Rule 16 Scheduling Conference to a date after September 15, 2023 in light of the trial conflict.

7.	Plaintiff's counsel does not object to this request.

WHEREFORE, CSL respectfully requests that this Honorable Court enter an order rescheduling the Rule 16 Scheduling Conference and that the Court grant such further and additional relief as the Court deems just and proper.

Dated: August 9, 2023			CSL BEHRING, LLC


					By:	*Catharine E. Lubin*
					Laner Muchin, Ltd.
					515 N. State Street, Suite 2400
					Chicago, Illinois 60654-4688
					Ph: (312) 467-9800/Fax: (312) 467-9479
					Email: jfowler@lanermuchin.com

					David S. Fryman
					Catharine E. Lubin
					BALLARD SPAHR LLP
					1735 MARKET STREET, 51ST FLOOR
					PHILADELPHIA, PA  19103

					Telephone: 215.864.8132
					Facsimile:  215.864.8999
					FRYMAND@BALLARDSPAHR.COM
					LUBINK@BALLARDSPAHR.COM

**CERTIFICATE OF SERVICE**

I, Catharine E. Lubin, an attorney, hereby certify that on August 9, 2023, I caused to be served a copy of the foregoing **Motion**, in the above-captioned matter to be filed with the Clerk of the District Court and served on the parties of record, including those listed below, by operation of the Court's CM/ECF electronic filing system, addressed to:

> Ronald S. Langacker
> Langacker Law, Ltd.
> 210 North Broadway Ave.
> Urbana, IL 61801
> ron@langackerlaw.com

/s/   *Catharine E. Lubin*
Catharine E. Lubin